Rodney THOMPSON, Plaintiff–Appellant,

v.

Dr. KOFOED; et al., Defendants–Appellees.

No. 99–16956.

D.C. No. CV 95–01745 WBS/JFM.

United States Court of Appeals, Ninth Circuit.

Submitted April 9, 2001[*].

Decided April 18, 2001.

Before CANBY, KOZINSKI, and RYMER, Circuit Judges.

MEMORANDUM [**]

Rodney L. Thompson, a California state prisoner, appeals pro se the district court's judgment for defendants following a jury trial on his 42 U.S.C. § 1983 claim alleging deliberate indifference to serious medical needs. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review the jury's verdict to determine whether it is supported by substantial evidence and affirm. *See Three Boys Music Corp. v. Bolton*, 212 F.3d 477, 482 (9th Cir.2000), *cert. denied*, —— U.S. ——, 121 S.Ct. 881, 148

---

[*] The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). Accordingly, we deny Thompson's request for oral argument.

L.Ed.2d 790 (2001); *McGuckin v. Smith,* 974 F.2d 1050, 1059 (9th Cir.1992), *overruled on other grounds, WMX Techs., Inc. v. Miller,* 104 F.3d 1133, 1136 (9th Cir. 1997) (en banc).

AFFIRMED.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.